THOMAS P. RILEY, SBN 194706
LAW OFFICES OF THOMAS P. RILEY, P.C.
First Library Square
1114 Fremont Avenue
South Pasadena, CA 90071

Tel: 626-799-9797
Fax: 626-799-9795
TPRLAW@att.net

Attorneys for Plaintiff
G & G CLOSED CIRCUIT EVENTS, LLC

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| G & G CLOSED CIRCUIT EVENTS, LLC,<br><br>PLAINTIFF,<br><br>v.<br><br>FELIPE JR. OLVERA, ET AL.,<br><br>DEFENDANTS. | Case No. 2:18-cv-02467-MCE-AC<br><br>ORDER GRANTING PLAINTIFF'S *EX-PARTE* APPLICATION FOR AN ORDER EXTENDING TIME TO COMPLETE SERVICE |

The Court, upon review of Plaintiff's request and representations presented in the above-entitled matter hereby orders the following:

Plaintiff is granted an additional sixty (60) days from today's date to effectuate service of the Summons and Complaint filed in this matter, or to file a motion for service by publication, or in the alternative, a Notice of Voluntary Dismissal as to defendants Felipe Jr. Olvera, individually and d/b/a Plush Sacramento and Antigua Cantina Grill, LLC, an unknown business entity d/b/a Plush Sacramento, where service has not been made or service by publication requested.

**IT IS SO ORDERED**:

Dated: December 30, 2018

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE