UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| G & G Closed Circuit Events LLC, | Case No. 2:18-cv-02467-MCE-AC |
|---|---|
| Plaintiff, | |
| v. | ORDER GRANTING PLAINTIFF'S SECOND *EX-PARTE* APPLICATION FOR AN ORDER EXTENDING TIME TO COMPLETE SERVICE |
| Felipe Jr. Olvera, et al., | |
| Defendants. | |

# **ORDER**

The Court, upon review of Plaintiff's request and representations presented in the above-entitled matter hereby orders the following:

///

///

///

///

///

Plaintiff is granted an additional thirty (30) days from today's date to effectuate service of the Summons and Complaint filed in this matter, or to file a motion for service by publication, or in the alternative, a Notice of Voluntary Dismissal as to defendants Felipe Jr. Olvera and Antigua Grill, LLC, where service has not been made or service by publication requested.

IT IS SO ORDERED.

Dated: March 4, 2019

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE