UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| G & G CLOSED CIRCUIT EVENTS, LLC,<br><br>        Plaintiff,<br><br>  v.<br><br>FELIPE JR. OLVERA, et al.,<br><br>        Defendants. | No.  2:18-cv-02467 MCE AC<br><br>ORDER |

      Plaintiff, proceeding pro se, filed the above-entitled action.  The matter was referred to a United States Magistrate Judge pursuant to Local Rule 302(c)(21).

      On March 30, 2020, the magistrate judge filed findings and recommendations herein which were served on plaintiff and which contained notice to plaintiff that any objections to the findings and recommendations were to be filed within twenty-one days.  ECF No. 15.  Plaintiff has not filed objections to the findings and recommendations.

      The court has reviewed the file and finds the findings and recommendations to be supported by the record and by the magistrate judge's analysis.  Accordingly, IT IS HEREBY ORDERED that:

      1. The findings and recommendations filed March 30, 2020, are adopted in full; and

      2. Plaintiff's motion for default judgment (ECF No. 12) is GRANTED;

3. The court enters judgment against defendant on plaintiff's claims brought pursuant to 47 U.S.C. § 605 and the tort of conversion;

4. The court awards to plaintiff statutory and enhanced damages in the amount of $60,000.00 for the violation of § 605 and $12,500.00 in damages for the tort of conversion; and

5. This case is closed.

IT IS SO ORDERED.

Dated: May 12, 2020

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE

2