# UNITED STATES DISTRICT COURT
# FOR THE
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| G & G CLOSED CIRCUIT EVENTS, LLC , <br><br> Plaintiff, <br><br> v. <br><br> FELIPE JR. OLVERA, et al., <br><br> Defendants. | Case No. 2:18-cv-02467-MCE-AC <br><br> **DEFAULT JUDGMENT** |

**IT IS ORDERED AND ADJUDGED** default judgment is hereby **ENTERED** against defendant on plaintiff's claims brought pursuant to 47 U.S.C. § 605 and the tort of conversion. Plaintiff is **AWARDED** statutory and enhanced damages in the amount of $60,000.00 for the violation of § 605 and $12,500.00 in damages for the tort of conversion.

May 12, 2020                                                      KEITH HOLLAND, CLERK

                                                                  By:   s/ M. York_____
                                                                          Deputy Clerk