Thomas P. Riley, SBN 194706
LAW OFFICES OF THOMAS P. RILEY, P.C.
First Library Square
1114 Fremont Ave.
South Pasadena, CA 91030

Tel: 626-799-9797
Fax: 626-799-9795
TPRLAW@att.net

Attorneys for Plaintiff
G & G Closed Circuit Events, LLC

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| G & G CLOSED CIRCUIT EVENTS, LLC, <br><br>Plaintiff, <br><br>vs. <br><br>FELIPE JR. OLVERA, et al., <br><br>Defendants. | Case No.: 2:18-cv-02467-MCE-AC <br><br>ORDER GRANTING PLAINTIFF'S MOTION FOR ATTORNEYS' FEES AND COSTS |

This matter having come before the Court on the Motion for Attorneys' Fees and Costs filed by Plaintiff herein, and the Court having considered the pleadings and documents and been otherwise advised, **IT IS HEREBY ORDERED AND ADJUDGED** that in addition to damages previously awarded herein, Plaintiff is awarded $1,722.78 in costs and $4,317.00 in attorneys' fees.

IT IS SO ORDERED.

Dated: March 29, 2021

_____
MORRISON C. ENGLAND, JR
SENIOR UNITED STATES DISTRICT JUDGE

ORDER GRANTING PLAINTIFF'S MOTION FOR ATTORNEYS' FEES
AND COSTS (proposed) - Case No.: 2:18-cv-02467-MCE-AC – Page 1